STATE OF MONTANA, Plaintiff, vs. HAYS SCHUYLER SPELMAN, Defendant.

DECISION

No. 4908

The application of the above-named defendant for a review of the sentence of Seven and one half years imposed on February 7, 1977, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Lon Withrow, of the Montana Defender Project, for his assistance to the defendant and to this Court.

DATED this 13th day of May, 1977.

SENTENCE REVIEW DIVISION

Jack L. Green, Chairman; Peter C. Meloy.

STATE OF MONTANA, Plaintiff, vs. VINCENT SCHAEFER, Defendant.

DECISION

No. 2064

The application of the above-named defendant for a review of the sentence of Five years with Two years suspended imposed on February 1, 1977, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed except the stipulation concerning the matter of a drug program is waived provided it is documented that defendant is not considered a likely candidate for such a program.

We wish to thank Robert Wood, of the Montana Defender Project, for his assistance to the defendant and to this Court.

DATED this 13th day of May, 1977.

SENTENCE REVIEW DIVISION

Jack L. Green, Chairman; Robert C. Sykes, Peter G. Meloy.

STATE OF MONTANA, Plaintiff, vs. RONALD LEE POLESKY, Defendant.

DECISION

No. 9501

The application of the above-named defendant for a review of the sentence of Ten years imposed on April 12, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Mary Krinsky, of the Montana Defender Project, for her assistance to the defendant and to this Court.

DATED this 13th day of May, 1977.

SENTENCE REVIEW DIVISION

Jack L. Green, Chairman; Robert C. Sykes, Peter G. Meloy.